AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Alabama Rivers Alliance, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  26-2623 (CKK) |
| United States Army Corps of Engineers, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                              .

Date:    07/29/2026

/s/ J. Patrick Hunter
*Attorney's signature*

J. Patrick Hunter, N.C. Bar No. 44485
*Printed name and bar number*

Southern Environmental Law Center
48 Patton Ave., Ste. 304
Asheville, NC 28801

*Address*

phunter@selc.org
*E-mail address*

(828) 258-2023
*Telephone number*

(828) 258-2024
*FAX number*

Print          Save As...                              Reset